**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**CIVIL ACTION NO. 26-34-DLB**

**RASEAN JAMES PINER**                                                        **PETITIONER**

**VS.**                                          **JUDGMENT**

**WARDEN BURNSIDE,**                                                **RESPONDENT**

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1.      **Judgment** is hereby entered in favor of **Respondent**; and

2.      This matter is **STRICKEN** from the docket.

This 26th day of June, 2026.



Signed By:
David L. Bunning
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\PSO Orders\Piner 0-26-34 Judgment.docx